

Mary GREEN,[1] Respondent
Below, Appellant,

v.

DIVISION OF SERVICES FOR CHIL-
DREN, YOUTH AND THEIR FAMI-
LIES, Petitioner Below, Appellee,

and

Guardians Ad Litem, Appellees.

No. 338, 2016

Supreme Court of Delaware.

Submitted: December 13, 2016

Decided: February 2, 2017

Court Below—Family Court of the State
of Delaware in and for New Castle County,
File No. 16–01–04TN, Pet. No. 16–01494,
File No. 16–01–02TN, Pet. No. 16–00819,
File No. 16–01–01TN, Pet. No. 16–00454,
File No. 16–01–06TN, Pet. No. 16–01499,
File No. 16–01–05TN, Pet. No. 16–01497

AFFIRMED.

Bernard ELLERBE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 510, 2016

Supreme Court of Delaware.

Submitted: November 18, 2016

Decided: February 2, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1406020386

AFFIRMED.

LABORERS' DISTRICT COUNCIL
CONSTRUCTION INDUSTRY PEN-
SION FUND and Hallandale Beach
Police Officers and Firefighters' Per-
sonnel Retirement Fund, derivatively
on behalf of Lululemon Athletica,
Inc., Plaintiffs Below, Appellants,

v.

Robert BENSOUSSAN, Michael Casey,
Roann Costin, Christine M. Day, Wil-
liam H. Glenn, Martha A.M. Morfitt,
Rhoda M. Pitcher, Thomas G. Stem-
berg, Jerry Stritzke, Emily White and
Dennis J. Wilson, Defendants Below,
Appellees,

and

1. By Order dated July 1, 2016, the Court assigned a pseudonym to the appellant. Del. Supr. Ct. R. 7(d). This Order assigns pseudo-nyms to the appellant's children and to the children's fathers.

Lululemon Athletica, Inc., a Delaware Corporation, Nominal Defendant Below, Nominal Appellee.

No. 358, 2016

Supreme Court of Delaware.

Submitted: January 18, 2017

Decided: February 3, 2017

Court Below: Chancery Court of the State of Delaware, C.A. No. 11293

AFFIRMED.

IN RE ASBESTOS LITIGATION

Wayne R. Reed, Individually and as the Executor of the Estate of Barbara Reed, Deceased, and Amy Rhodes and Courtney Reed, as Surviving Children, Plaintiffs Below Appellants,

v.

Asbestos Corporation Limited, Bayer Cropscience, Inc., Charles A. Wagner Co., Inc., Nosroc Corporation, and County Insulation Company, Defendants Below, Appellees.

No. 387, 2016

Supreme Court of Delaware.

Submitted: January 25, 2017

Decided: February 6, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. 13C–11–188

AFFIRMED.

Kenneth E. RANDOLPH, Petitioner Below–Appellant,

v.

STATE of Delaware Board of Parole, et al., Respondents Below–Appellees.

No. 694, 2015

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: February 6, 2017

Court Below—Superior Court for the State of Delaware, C.A. No. N15M–04–060

AFFIRMED.

Mary Jean LEGG, Defendant Below, Appellant,

v.

NATIONSTAR MORTGAGE LLC, Plaintiff Below, Appellee.

No. 179, 2016

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: February 6, 2017

Reargument Denied February 21, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. S15-07-014

AFFIRMED.